[Dkt. No. 53]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| SHIRLEY FREEMAN, | : Civil Action No. 10-6024 RMB/JS) |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | :  **ORDER** |
| MIDDLE TOWNSHIP BOARD OF EDUCATION, et al., | : |
| | : |
| Defendants. | : |

THIS MATTER having come before the Court upon Defendants' Motion for Summary Judgment [Dkt. No. 53]; and for the reasons set forth in the Opinion filed this date;

IT IS ON THIS **27th** day of **August 2012**, **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED.**

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge